**FILED**
DEC 1 7 2012

CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| JOHN WEVERKA, | \* | CIV 12-4121 |
| Plaintiff, | \* | |
| vs. | \* | JUDGMENT OF DISMISSAL |
| PROGRESSIVE NORTHERN INSURANCE COMPANY, | \* | |
| Defendant. | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Based upon the Joint Stipulation for Dismissal, Doc. 11, it is hereby,

ORDERED, ADJUDGED AND DECREED that the Plaintiff's Complaint and causes of action are hereby dismissed with prejudice, and with each party to pay their own costs and attorney's fees.

Dated this 15 day of December, 2012.

BY THE COURT:

_____
Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK
BY: Summer Wahupsel
          DEPUTY